

FILED

NOV 13 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANDREW GRIMM, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> CITY OF PORTLAND; L. MCHENRY; F. EARLE; RETRIEVER TOWING, <br><br> Defendants-Appellees. | No. 18-35673 <br><br> D.C. No. 3:18-cv-00183-MO <br> District of Oregon, <br> Portland <br><br> ORDER |

Before: GOULD and BERZON, Circuit Judges, and BENITEZ,* District Judge.

Judges Gould and Berzon have voted to deny the petition for rehearing en banc. Judge Benitez recommends denial of the petition for rehearing en banc.

The full court has been advised of the petition for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The petition for rehearing en banc is rejected.

Igor Lukashin's motion for leave to file an amicus brief is denied.

---

* The Honorable Roger T. Benitez, United States District Judge for the Southern District of California, sitting by designation.