## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

### Form 10. Bill of Costs

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form10instructions.pdf*

**9th Cir. Case Number(s)** | 18-35673

**Case Name** | Grimm v. City of Portland

The Clerk is requested to award costs to (*party name(s)*):

Plaintiff-Appellant Andrew Grimm

I swear under penalty of perjury that the copies for which costs are requested were actually and necessarily produced, and that the requested costs were actually expended.

**Signature** | /s/ Gregory Keenan          **Date** Dec 29, 2020

*(use "s/[typed name]" to sign electronically-filed documents)*

| COST TAXABLE | REQUESTED (each column must be completed) | | | |
|---|---|---|---|---|
| DOCUMENTS / FEE PAID | No. of Copies | Pages per Copy | Cost per Page | TOTAL COST |
| Excerpts of Record* | 4 | 112 | $0.1 | $44.8 |
| Principal Brief(s) *(Opening Brief; Answering Brief; 1st, 2nd, and/or 3rd Brief on Cross-Appeal; Intervenor Brief)* | 8 | 77 | $0.1 | $61.6 |
| Reply Brief / Cross-Appeal Reply Brief | 7 | 59 | $0.1 | $41.3 |
| Supplemental Brief(s) | - | - | $0.1 | $0 |
| Petition for Review Docket Fee / Petition for Writ of Mandamus Docket Fee | | | | $0 |
| | | | **TOTAL:** | $147.7 |

*Example: Calculate 4 copies of 3 volumes of excerpts of record that total 500 pages [Vol. 1 (10 pgs.) + Vol. 2 (250 pgs.) + Vol. 3 (240 pgs.)] as:
No. of Copies: 4; Pages per Copy: 500; Cost per Page: $.10 (or actual cost IF less than $.10);
TOTAL: 4 x 500 x $.10 = $200.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*