# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANDREW GRIMM,<br><br>    *Plaintiff-Appellant*,<br><br>v.<br><br>CITY OF PORTLAND, et al.,<br><br>    *Defendant-Appellees*. | Civil Appeal No. 18-35673 |

## <u>UNOPPOSED</u> MOTION TO EXTEND THE TIME TO FILE PETITION FOR INTERIM FEES

    Plaintiff-Appellant Andrew Grimm, through undersigned counsel, hereby moves **unopposed** for a 7-day extension of time to file a petition for interim fees up to and including Monday, January 18, 2021.

    This Motion is based on the following:

1. The opinion in this appeal was entered on August 21, 2020. On November 13, 2020, this Court denied the City of Portland's petition for rehearing *en banc*.

2. Thereafter, the undersigned sought an extension of time so that the Parties could engage in discussions and see if they could resolve their differences via a consent decree or settlement—and avoid further litigation.

3. This Court graciously allowed extensions of time while the Parties discussed the relative merits of the case, its policy and social-justice implications, and their respective settlement positions.

1

4. Since that time, the undersigned and counsel for the City have engaged in multiple exploratory discussions regarding a settlement or entry of a consent decree in the district court.

5. Settlement does not appear possible at this time. The Parties have very different views regarding how the Mullane-Jones standard applies here and whether application of that standard to this case would have implications for other vehicles owners beyond the instant Plaintiff.

6. In addition, the Parties have been unable to settle the issue of interim fees. The undersigned believes that this appeal is an appropriate candidate for the granting of interim fees. It seems that the City's counsel believe that this Court may not grant interim fees to undersigned appellate counsel.

7. Given this difference of legal opinion, the undersigned needs additional time to complete a thorough and well-drafted motion for interim fees that *both* justifies this Court's authority to award fees and submits the proper verification of the amount.

8. Since the last extension, the undersigned has completed research, determined that there this appeal is one eligible for an award of interim fees, and has begun drafting the motion-request for fees. Nonetheless, the undersigned needs additional time to complete drafting and editing the motion-request.

9. This request for an extension of time is **unopposed**. The undersigned has conferred with Mr. Denis Vannier, counsel for the City, and he has courteously confirmed that the City does not oppose this further extension.

10. Mr. Vannier, however, asked the undersigned to relay that the City's assent to an extension does *not* indicate the City's assent to an award of fees. Mr. Vannier indicated that the City intends to oppose the forthcoming motion for interim fees.

Date: January 11, 2021　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　*/s/ Gregory Keenan*
　　　　　　　　　　　　　　　　　Gregory Keenan
　　　　　　　　　　　　　　　　　DIGITAL JUSTICE FOUNDATION
　　　　　　　　　　　　　　　　　81 Stewart Street
　　　　　　　　　　　　　　　　　Floral Park, New York 11001
　　　　　　　　　　　　　　　　　(516) 633-2633
　　　　　　　　　　　　　　　　　gregory@digitaljusticefoundation.org

　　　　　　　　　　　　　　　　　*Attorney for Plaintiff-Appellant*

## CERTIFICATE OF COMPLIANCE

This Motion contains **575** words.

This Motion was prepared in Microsoft Word using Times New Roman 14-point font.

Date: January 11, 2021	Respectfully submitted,

	*/s/ Gregory Keenan*
	Gregory Keenan

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing MOTION TO EXTEND with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Date: January 11, 2021				Respectfully submitted,

				*/s/ Gregory Keenan*
				Gregory Keenan