# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

ANDREW GRIMM,

    *Plaintiff-Appellant*,

v.

CITY OF PORTLAND, et al.,

    *Defendant-Appellees*.

Civil Appeal No. 18-35673

## FINAL MOTION TO EXTEND THE TIME TO FILE REPLY IN SUPPORT OF MOTION-REQUEST FOR INTERIM FEES BY THREE DAYS

    Plaintiff-Appellant Andrew Grimm, through undersigned counsel, hereby moves for a three-day extension of time to file a reply in support of his motion-request for interim fees up to and including Monday, February 22, 2021, based on the following:

1. Although the briefing of the reply is substantially drafted, three more days of time is needed to finalize the reply and to edit it for final submission to the Court over the weekend.

2. The undersigned graciously appreciates this Court's extensions thus far and is seeking a few more days to ensure excellent work-product that is clear, accurate, and insightful to the issues at hand. The undersigned believes that is possible with an extension to revise and edit over the weekend.

1

Date: February 19, 2021	Respectfully submitted,

*/s/ Gregory Keenan*
Gregory Keenan
DIGITAL JUSTICE FOUNDATION
81 Stewart Street
Floral Park, New York 11001
(516) 633-2633
gregory@digitaljusticefoundation.org
*Attorney for Plaintiff-Appellant*

## CERTIFICATE OF COMPLIANCE

This Motion contains **290** words.

This Motion was prepared in Microsoft Word using Times New Roman 14-point font.

Date: February 19, 2021          Respectfully submitted,

                                 */s/ Gregory Keenan*
                                 Gregory Keenan

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing MOTION TO EXTEND with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Date: February 19, 2021               Respectfully submitted,

                                                                  */s/ Gregory Keenan*
                                                                  Gregory Keenan