| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | FEB 26 2021 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

ANDREW GRIMM,

    Plaintiff-Appellant,

v.

CITY OF PORTLAND; L. MCHENRY; F. EARLE; RETRIEVER TOWING,

    Defendants-Appellees.

No. 18-35673

D.C. No. 3:18-cv-00183-MO
District of Oregon,
Portland

ORDER

Before: GOULD and BERZON, Circuit Judges, and BENITEZ,* District Judge.

    The panel has voted to deny plaintiff-appellant's motion for interim attorney fees (Dkt. 72), as plaintiff-appellant has not prevailed on the merits of any claim. *See Hanrahan v. Hampton*, 446 U.S. 754, 757 (1980); *Cortez v. Skol*, 776 F.3d 1046, 1055 n.10 (9th Cir. 2015); *Cooper v. Dupnik*, 963 F.2d 1220, 1252 n.13 (9th Cir. 1992) (en banc), *abrogated on other grounds by Chavez v. Martinez*, 538 U.S. 760 (2003); *Marks v. Clarke*, 102 F.3d 1012, 1034 (9th Cir. 1996), *as amended on denial of reh'g* (Feb. 26, 1997).

---

    \*    The Honorable Roger T. Benitez, United States District Judge for the Southern District of California, sitting by designation.